■ MARIA H. DOUGHERTY et al., Appellants, v GRAND UNION COMPANY, Respondent. [657 NYS2d 921] —In an action to recover

damages for personal injuries, etc., the plaintiffs appeal from (1) a judgment of the Supreme Court, Nassau County (Robbins, J.), dated July 29, 1994, which, upon a jury verdict, is in favor of the defendant and against them, and (2) an order of the same court, dated August 3, 1994, which denied their motion, *inter alia,* to set aside the verdict.

Ordered that the judgment and the order are affirmed, with one bill of costs.

Because the plaintiffs failed to object to the allegedly prejudicial cross-examination, they have failed to preserve this issue for appellate review *(see,* CPLR 4017; *Horton v Smith,* 51 NY2d 798, 799; *Zipkin v City of New York,* 196 AD2d 865, 866; *Vavallo v Consolidated Edison Co.,* 150 AD2d 556, 559; *Picciallo v Norchi,* 147 AD2d 540, 540-541).

The plaintiffs' remaining contentions are without merit. Rosenblatt, J. P., Ritter, Thompson and Sullivan, JJ., concur.